IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

AUSTIN T. BINKS,
Plaintiff,

Civ. No. 1:20-CV-00077

v.

KAREN L. COLLIER, *et al.*,
Defendants.



## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Comes now Defendants Karen L. Collier and Thomas Collier ("Defendants"), hereby move to dismiss the Complaint filed by Plaintiff Austin T. Binks ("Plaintiff"). In support of their motion, the Defendants state as follows:

### INTRODUCTION

The present case is a dispute between the Plaintiff (who purports to be a Maryland resident in the Complaint), and the Defendants who are both residents of the state of Ohio. The dispute involves an allegation of the improper sale of personal property through an auction house in the state of Texas, the improper retention of personal property that is located in the state of Ohio, and a domestic incident that occurred in Ohio and was adjudicated in that jurisdiction. Plaintiff fails to state a claim for any cause of action. The Plaintiff fails to allege facts that indicate that he is entitled to the relief sought, and in fact, asserts numerous claims that do not exist as causes of action under the civil law. Moreover, the overwhelming majority of the allegations in the Plaintiff's Complaint are conclusory in nature and therefore not entitled to the presumption of truth, even at this early juncture. Simply put, Plaintiff fails to allege any viable claim as a matter of law.

Finally, at the time of the alleged incidents, Plaintiff was under the age of 18 and was in the sole custody of Defendant (Karen Collier). Plaintiff did not own any of the property that he is alleging was taken from him, since he was a minor.

### BACKGROUND

Plaintiff is the son of the Defendant Karen Collier and stepson of Thomas Collier. Plaintiff lived with the Defendants full time until January 2018 when he was arrested for Domestic Violence against Defendants Plaintiff has a history of drug abuse and was told that he had to complete a substance abuse rehabilitation program if he wished to come back to the residence. Plaintiff refused and lived in his car for several weeks. Due to his poor living conditions, Plaintiff decided to move to Maryland to live with his father.

His father (Andrew Binks) has a history of domestic violence. (See Exhibit. 7) .

Defendants allege that Austin Binks has been coerced by Andrew Binks to file this lawsuit in an effort to have criminal and civil litigation on Andrew Binks dismissed by Defendants. Andrew Binks has sent emails to Defendants stating such (See Exhibit 8)

Plaintiff was a minor during all alleged incidents and was in the sole custody of Defendant Karen Collier.

The allegations in the Complaint surround the Defendants' purported misappropriation of the Plaintiff's personal property and a domestic incident from November 2015. Plaintiff alleges that the Defendants improperly sold rocket motors that belonged to him through an auction house that was located in Texas. *See* Compl. ¶¶ 1-2, 23-44.

Plaintiff also alleges that when he stopped living with the Defendants in Ohio, the Defendants refused to allow him to take his personal possessions with him. *See* Compl. ¶¶ 4-5, 48-67. This property included computers, books, video games, and a car that was gifted to him. *Id.* at ¶¶ 47, 53-55. The automobile at issue was totaled by the Plaintiff on September 1, 2017. *See* **Exhibit 4** (Auto Accident Report), **Exhibit 5** (Car Insurance Documents regarding Accident).

## ARGUMENT

### I. THE COMPLAINT FAILS TO STATE A CLAIM

The Plaintiff still fails to state a claim in the Complaint. A complaint must contain a short plain statement that demonstrates that the Plaintiff is entitled to the relief sought. *See* Fed. R. Civ. Proc. 8. 2018).

A.  Conversion

Plaintiff alleges that he was not the owner of rocket motors *See* Compl. ¶¶ 24. He also signed an affidavit in Butler County Court stating that the rockets did not belong to him (See Exhibit 6). There is no basis for Plaintiff to sue for a value of an asset that he claims is not his. Plaintiff was not a party to the auction which sold the asset and at the time, was under the age of 18 and in the custody of Defendant Karen Collier.

Plaintiff also alleges that he received no compensation from the sale of the rockets. In the same case in Butler County Court, Plaintiff did testify that he received $16,000 from the sale. Plaintiff cannot change his testimony to suit his financial gain. Count I Conversion must be dismissed.

B.  Unjust Enrichment

Plaintiff also alleges that he received no compensation from the sale of the rockets. In the same case in Butler County Court, Plaintiff did testify that he received $16,000 from the sale. He also claims that the rockets were his, which is in contradiction to his signed affidavit that they did not belong to him. Count II Conversion must be dismissed.

C.  Fraud

Plaintiff similarly fails to plead a cause of action for fraud. The Federal Rules of Civil Procedure require that fraud must be plead with particularity. *See* Fed. R. Civ. Proc. 9. "In alleging fraud, the complaint must allege the 'time, place, and contents of the false representations, as well as the identity of the person making the misrepresentation and what

he obtained thereby.'" *Proctor v. Metro. Money Store Corp*, 645 F. Supp. 2d 464, 473 (D. Md. 2009) (citing *Harrison v. Westinghouse Savannah River Co.*, 176 F.3d 776, 784 (4th Cir. 1999)). There is no question that the Complaint lacks the particularity that is required by the Federal Rules. *See* Compl. ¶¶ 38-41.

The allegations that Plaintiff make are nonsensical and not accurate as to what the Judge determined regarding the sale of the rockets. Plaintiff alleges the exact opposite of what he claims in count I. He cannot testify that the rocket motors were not his and later change his story because the judge did not believe his testimony. Count III Fraud must be dismissed.

## D. Conversion

Counts IV, of the Complaint fail to state a claim because they assert causes of action that are not cognizable under civil law. All of these "claims are for property that either did not exist or was actually the property of the Defendants

Plaintiff alleges that Defendants have kept his personal property from him. In actuality, Plaintiff did come to the house with Butler County Sheriff to retrieve his property. Due to Plaintiff's actions of verbally abusing the Defendants, the Deputy ended the retrieval and the Sheriff Department has refused to allow him to return. All of the property at the home is the property of the Defendants since the Plaintiff was a minor at the time that the property was purchased and was purchased by Defendants.

## E. Breach of Contract

Plaintiff argues that a vehicle was taken from him in an effort to prevent him from testifying. Despite the facts that the Plaintiff did not witness the crime involving his father, nor did he testify against him during his trial or at any other hearing, there did not exist any contract that could be breached.
The property that Plaintiff asserts was taken from him include a Hyundai Santa Fe. This vehicle does not exist nor was ever property of the Defendants nor the Plaintiff. Plaintiff's allegation is completely false and Plaintiff should be charged for perjury for this assertion. Plaintiff did not have his driver's license at the time of the photo (in October 2016) in his exhibit and this vehicle was not the property of the Defendant nor the Plaintiff. The vehicle that was purchased for Plaintiff to use, was a 2008 Hyundai Elantra in July 2017 and Plaintiff did not get his driver's license until Aug 2 2017, Plaintiff then caused an accident on Sept 1 2017 that totaled this vehicle and the vehicle that he struck. See Operator License/State ID # issue date on Exhibit 9.

Plaintiff asserts that his vehicle was taken from him in November 2016 because he decided to testify for his father. This is completely fabricated. Plaintiff testified in Butler County Ohio Domestic Relations court in an "on camera" testimony with the judge that he did not want anything to do with his father. He did not say anything about the domestic violence case nor any alleged threats by Defendant Tom Collier. This allegation now is due to the fact that Plaintiff lives with his father Andrew Binks in Maryland and is being coerced by him. Also,

no vehicle existed for Plaintiff to drive in 2016, nor did Plaintiff have a driver's license until August 2017. Count IV Conversion must be dismissed.

F. Obstruction

Plaintiff allegations ¶¶ 72-83 are completely non sensical and untrue. Plaintiff was arrested in January 2018 for Domestic Violence against Defendants. Plaintiff's charge was not dismissed, Plaintiff plead no contest. See exhibit 10.

Plaintiff's allegation in ¶¶ 73-74 are completely false. Plaintiff never filed any police report regarding Tom and Tom was never charged criminally with any crime regarding Plaintiff.

Plaintiff's allegation regarding his father's criminal case is also completely false as Plaintiff did not witness the crime and never testified in any court that he was even present during the incident. Plaintiff was in fact, in the basement of the house and did not know of the incident until his father opened the door to the basement to tell him that he was going to jail. Plantiff's response to him was "ok, bye".

## CONCLUSION

**WHEREFORE**, the Defendants Karen L. Collier and Thomas Collier respectfully requests that the Court grant their Motion to Dismiss, enter an order dismissing the complaint filed by Plaintiff Austin Binks and grant any such further relief as is just and proper in these circumstances.

Respectfully submitted,

By: _____
Thomas Collier, Pro-Se

By: _____
Karen Collier, Pro-Se

5215 Englewood Dr
Liberty Township, OH 45011
(513) 795-3965

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that on March 6, 2020 a true and correct copy of the foregoing was served via USPS upon all parties, and by first class mail, postage prepaid upon:

Austin Binks
4117 Back Woods Rd.

Westminster, MD 21158
*Pro se Plaintiff*

_____
Karen Collier

Exhibit #6

ANDREW BINKS                                   :        CASE NO.  DR 15 12 1056
4117 Back Woods Rd.
Westminster, MD 21158                          :        COMMON PLEAS COURT
DOB:  5/11/1968                                         DIVISION OF DOMESTIC RELATIONS
(410)-980-5065                                 :        BUTLER COUNTY, OHIO

      Plaintiff                           :        JUDGE HALCOMB

-v-                                            :        AFFIDAVIT OF AUSTIN BINKS

KAREN BINKS                                    :
5215 Englewood Dr.
Hamilton, OH 45011                             :
DOB: 6/26/1968
(410)-980-5064                                 :

      Defendant                           :

::::::::::::::::::::::::::::::::::::::::

Now comes Austin Binks, affiant herein, and being first duly sworn, states as follows:

1.      I am over eighteen (18) years old and am competent to testify to the facts and

        matters set forth in this Affidavit.  I have personal knowledge of the facts and

        matters set forth in this Affidavit.

2.      I have lived in the home at the address of 5215 Englewood Drive, Hamilton, Ohio

        45011 for the last two years.

3.      My mother, Karen Binks, has lived at the home at the address of  5215 Englewood

        Drive, Hamilton, Ohio 45011 for the last two years.

4.      Thomas Collier, my mother's boyfriend, has lived at the home at the address of

        5215 Englewood Drive, Hamilton, Ohio 45011 since approximately April of 2016.

5.      Thomas Collier has lived at 5215 Englewood Drive, Hamilton, Ohio 45011, full

        time, seven (7) days a week, since he moved in, April 2016, to the present.

6.    Thomas Collier and my mother, Karen Binks, sleep in the same room on a nightly

      basis at the home at the address 5215 Englewood Drive, Hamilton, Ohio 45011.

7.    Thomas Collier and my mother, Karen Binks, share in the household expenses for

      the home at the address 5215 Englewood Drive, Hamilton, Ohio 45011.

8.    Karen Binks, my mother, sold 2 rocket engines that previously belonged to my

      father, Andrew Binks, in an online auction.

9.    From the action mentioned above in paragraph 8, my mother, Karen Binks,

      received proceeds of approximately $8,000.

10.   Karen Binks, my mother, stated that she did not need to tell my father, Andrew

      Binks, about the sale of the aforementioned rocket engines because they were not

      listed in the divorce documents.

11.   The sale of the rocket engines described in paragraph 8 occurred in June or July of

      2016.


Further Affiant Sayeth Naught


_____
Austin Binks


Sworn to before me and subscribed in my presence this 26th day of January, 2018.

William Ryan
Notary Public - Ohio
My Commission expires 11-16-2021

_____
Notary

Exhibit #7

IN THE BUTLER COUNTY AREA II COURT
BUTLER COUNTY, OHIO

STATE OF OHIO                        Case No.   CRB 1501379
-vs-
BINKS, HANNAH                    MAGISTRATE'S ORDERS AND/OR DECISION

CHARGES:    DOMESTIC VIOL.  2919.25  M4  amended to _____

CONSENT TO BEING HEARD BY MAGISTRATE:  Yes  No   WAIVER OF COUNSEL  Yes  No

PROCEEDINGS:    09/15/2016    PLEA:    Guilty    Not Guilty    No Contest

FINDING:    Guilty    Not Guilty    Dismissed    Merged

CASE CONTINUED TO: _____    TPO RECALLED ON: _____

RECOMMENDED DISPOSITION:                    INTERVENTION:
Fine$ _100.00_ Suspended$ _____          Domestic Violence Program/by _____
Court Costs  YES  NO                        Anger Management Program/by _____
Confinement: _75_ Days  _0_  3 Credit       Alcohol/Drug Evaluation/by _____
Rep. Probation/Non-Rep. Probation  Years  Suspended  12days   Alcohol/Drug Treatment/by _____
Good Behavior 2 years                       Counseling _____
                                            Community Service ____ hours by _____
Other  Order a Restitution                  House Arrest ____ days by _____
       Hrg.

_J. McNally_                                09/15/2016
Signature of Magistrate

NOTICE
NOTICE IS HEREBY GIVEN THAT IF A PARTY OBJECTS TO THE MAGISTRATE'S DECISION
HE/SHE MAY FILE WITH THE COURT A MOTION TO SET ASIDE THE DECISION WITHIN
FOURTEEN (14) DAYS FROM THE DATE OF THE FILING OF THE MAGISTRATE'S DECISION
SETTING FORTH THE REASON OR REASONS THEREFORE.

CERTIFICATION OF SERVICE
I hereby certify that a copy of the within Magistrate's Decision was MAILED, PERSONALLY SERVED OR
OTHER _____ to all parties or their attorney.

_____                    09/15/2016
Signature of Clerk/Deputy Clerk

JUDGMENT ENTRY
The Court being fully advised in the premises of the Magistrate's Decision, and no objection thereto having
been filed within the time allotted by law, it is ordered that the Magistrate's Decision, in its entirety, be adopted as
the decision of the Court and judgement is hereby rendered accordingly.

SO ORDERED:

# EXHIBIT #8

Email from Andrew Dated Feb 17 2019 demanding Karen Dismiss criminal charges, listing out what he and his son Austin Binks will file on us if she won't dismiss the domestic Violence and Felony ID Theft Charges.

On Feb 17, 2019, at 11:14 AM, <abinks1@comcast.net> <abinks1@comcast.net> wrote:
For settlement, not admissible
These are the current and new litigation against you and Tom, This will all end if you end the criminal and civil litigation in Ohio and Maryland. Austin wants his property back that is in Ohio.
Its time to end everything!
Issues against Karen:

· Check case - BK court

· Civil case from Austin for Property – federal court

· Civil case from by Austin for obstruction– federal court

· Malicious Prosecution case from me– federal court

· Civil case from me for obstruction– federal court

· Rocket Engine case from trustee– BK court

Issues Against Tom:

· Civil case from Austin for Property– federal court

· Civil case from Austin for obstruction– federal court

· Civil case from me for obstruction– federal court

· Rocket engine case from trustee- BK court

abinks1@comcast.net
Thu, Feb 21,
3:00 PM (18
hours ago)
to me
I have a complaint to file Monday, when do you want to move on?

More emails from Andrew demanding what Karen must do to stop current and future civil lawsuits.
From: Andrew <abinks1@comcast.net>
Date: February 18, 2019 at 10:17:50 PM EST
To: Karen Collier <caligirl0626@gmail.com>
Subject: Re: settlemet
If you show up tomorrow and tell the judge you want a new trial I will have my bk adversary dismissed tomorrow, that is a promise

On Feb 18, 2019, at 9:38 AM, Karen Collier <caligirl0626@gmail.com> wrote:
**Can't trust you.
Sent from my iPhone
On Feb 18, 2019, at 7:44 AM, <abinks1@comcast.net> <abinks1@comcast.net> wrote:
For settlement only not admissible
All criminal cases dismissed and I will have all the civil cases dismissed.
Everything ends!
You had control over having this dismissed in 2016 but you didn't.
I looked at the May 19th transcript for the DV hearing, the prosecutor
says it is your intent to go forward with the trial. You did not want this
dismissed then, even though you signed an agreement, but you did take
the money. Now you need to come through.
Sign an affidavit and tell the judge on Tuesday that:

· Austin has valuable testimony that needs be heard in a new
trial regarding this matter.

· I believe his testimony would have resulted in a different
outcome in the original trial.

· I therefore also request the court grant the motion for a new
motion.
2
I will sign a dismissal today for Morgan regarding the adversary
complaint that is conditional upon you stating the above in court
tomorrow and cooperating to get a new trial.
Because nobody trusts each other there is no way I am going to dismiss
everything first. Especially after you did not follow through on the
original deal
You know you lied about the rocket engines so please don't claim you
have been perfect throughout this.
Do you want this over or not?
From: Karen Collier <caligirl0626@gmail.com>
Sent: Monday, February 18, 2019 6:15 AM
To: abinks1@comcast.net
Subject: Re: settlemet
There u go again putting demands on me that I have no control over. I
told u I would write a letter. I'm not responsible for them dropping
cases or not.
You have filed all of these cases on me and Tom to bully me into
dropping criminal charges which you are guilty of.
You have control over the crap you filed. All cases on me and Tom
dismissed permanently and no future cases from you Austin or your dad
and I'll write a letter to the prosecutor saying I don't mind u getting
another trial.
Sent from my iPhone
On Feb 17, 2019, at 10:34 PM, <abinks1@comcast.net>
<abinks1@comcast.net> wrote:
All the cases against you and tom can be dismissed, but
you also must have all the criminal crap go away.

Are you going to settle or not?
From: Karen Collier <caligirl0626@gmail.com>
Sent: Sunday, February 17, 2019 9:15 PM
To: abinks1@comcast.net
Subject: Re: settlemet
Now I don't trust you at all here we go with threats
again. Now you will need to dismiss all cases against
me and Tom. Tired of the games you need to get
serious.
Sent from my iPhone
3
On Feb 17, 2019, at 10:10 PM, <abinks1@comcast.net>
<abinks1@comcast.net> wrote:
It was only a suggestion since you don't
know what to say in your letter.
After Tuesday, it will become much
more difficult to get this case dismissed
and you loose almost all your leverage
on getting anything settled, I would
suggest taking this seriously and trying
to resolve it now.
From: Karen Collier
<caligirl0626@gmail.com>
Sent: Sunday, February 17, 2019 9:03
PM
To: Andrew <abinks1@comcast.net>
Subject: Re: settlemet
There you go changing things

Letter from Karen's Attorney Morgan Fisher in Maryland with Andrew/Hannah's
demands.
From: Morgan Fisher <mwf@morganfisherlaw.com>
Date: February 15, 2019 at 4:06:04 PM EST
To: Karen Koehler <caligirl0626@gmail.com>, Karen Binks <kbinkscpa@roadrunner.com>
Subject: Offer from Andrew
"I am asking that Karen produce affidavit to have the criminal in Ohio and MD dismissed,
MD
says they will dismiss is Karen requests it.
Karen waive all claims in the DR case
Karen to return personal property to Austin and me
I will dismiss claims I have against Tom and Karen
Austin will dismiss claims against Tom and Karen
I will state that I am mistaken about rocket engine ownership to have that issue go away"

He has identified some random stuff at your house that he wants back.

- Diving equipment
- Wakeboarding equipment
- Tools
- Work and school books
- Firearms – to be given to Austin pending the DV issue
- Clothing

***************************************************

I'm not entirely sure what pending claims you have in the DR case. What does he owe you in that case? I'm also not sure what kind affidavit he wants. I'm almost certain that I can get him to dismiss with prejudice everything else and I can get you a full release going forward that would be binding. Again,

The current issues are:

Issues against me:

Criminal case in Ohio

Warrant in DR court against me

Criminal case against me in MD

2

Issues against Karen:

Check case - BK court

Civil case from Austin for Property – federal court

Civil case from by Austin for obstruction– federal court

Malicious Prosecution case from me– federal court

Civil case from me for obstruction– federal court

Rocket Engine case from trustee– federal court

Issues Against Tom:

Civil case from Austin for Property– federal court

Civil case from Austin for obstruction– federal court

Civil case from me for obstruction– federal court

Rocket engine case from trustee- BK court

--

Law Offices of Morgan Fisher, LLC
1125 West St., #227
Annapolis, MD 21401
410-626-6111
mwf@MorganFisherLaw.com

Exhibit #9

Area 5

STATE OF OHIO **West Chester** COURT **Butler** COUNTY, OHIO
☐ City ☐ Village ☑ Township TICKET # N° **360539**
CASE # **TRD1704306**

NAME **Austin Binks**
STREET **5215 Englewood Dr**
CITY, STATE **Hamilton, OH** **45011** ZIP **45011**

| OPERATOR LICENSE / STATE ID# | ☐ None* | BIRTH DATE | ISSUE DATE | STATE |
|---|---|---|---|---|
| **UL792482** | | **8/25/99** | **8/2/17** | **OH** |

| CLASS | EXPIRES | ENDORSEMENT(s) | RESTRICTION(s) | SS# (last 4 digits) |
|---|---|---|---|---|
| **D** | **8/25/20** | ☐CDL ☐MC ☐Other | | **9 4 5 8** |

| SEX | HEIGHT | WEIGHT | EYES | HAIR | RACE | FINANCIAL RESPONSIBILITY PROOF? |
|---|---|---|---|---|---|---|
| **M** | **5-10** | **160** | **BRO** | **BRO** | **W** | ☑ Yes ☐ No ☐ N/A |

* If no OL State ID REQUIRED documentation attached ☐ Yes

TO DEFENDANT: COMPLAINT ON **09/01**, 20**17** AT **1748** AM/PM YOU
Operated/Passenger/Parked/Walked a ☑ Passenger ☐ Motorcycle ☐ Bicycle ☐ Other
☐ Commercial DOT # ☐ ≥26,001 lbs. ☐ <16 Pass. Bus ☐ ≥16 Pass. Bus ☐ Haz. Mat.
VEHICLE: YEAR **2008** MAKE **Hyundai** MODEL **Elantra**
COLOR **grey** LICENSE # **E892732** STATE **OH**
UPON A PUBLIC HIGHWAY, NAMELY **Union Centre Blvd**
AT/NEAR **Chappell Crossing Blvd** (M.P. )
IN THE **Twp** OF **West Chester** IN **Butler**
COUNTY (NO.), **09** STATE OF OHIO AND COMMITTED THE FOLLOWING OFFENSE(S).

| Offense | | |
|---|---|---|
| ☒ SPEED: ___ MPH in ___ MPH zone | ☑ ORC ☐ ORD ☐ T.P. | |
| ☐ Over limits ☐ Unsafe for conditions ☒ ACDA | **4511.21 A** | |
| ☐ Radar ☐ Air ☐ VASCAR ☐ Pace ☐ Laser ☐ Stationary ☐ Moving | | |
| OVI: ☐ Under the influence of alcohol/drug of abuse. | ☐ ORC ☐ ORD ☐ T.P. | |
| ☐ Prohibited blood alcohol concentration. BAC ___ | | |
| ☐ Blood ☐ Breath ☐ Urine ☐ Refused | | |
| Prior OVIs: # of prior OVIs ___ Years of prior OVIs ___ | | |
| DRIVER LICENSE: ☐None ☐Not on person ☐Revoked ☐Suspended | ☐ ORC ☐ ORD ☐ T.P. | |
| EXPIRED: ☐ <6 months ☐ >6 months ☐ Failure to Reinstate Suspension Type: ___ | | |
| SAFETY BELT: Failure to wear | ☐ ORC ☐ ORD ☐ T.P. | |
| ☐ Driver ☐ Passenger ☐ Child Restraint ☐ Booster Seat | | |
| OTHER OFFENSE: ___ | ☐ ORC ☐ ORD ☐ T.P. | |
| OTHER OFFENSE: ___ | ☐ ORC ☐ ORD ☐ T.P. | |

☐ DRIVER LICENSE HELD ☐ VEHICLE SEIZED ☐ JUVENILE OFFENDER
PAVEMENT: ☐ Dry ☒ Wet ☐ Snow ☐ Icy # of Lanes **4** ☐ Construction Zone
VISIBILITY: ☐ Clear ☒ Cloudy ☐ Dusk ☐ Night ☐ Dawn
WEATHER: ☒ Rain ☐ Snow ☐ Fog ☐ No Adverse
TRAFFIC: ☒ Heavy ☐ Moderate ☐ Light ☐ None
AREA: ☒ Business ☐ Rural ☐ Residential ☐ Industry ☐ School
CRASH: ☒ Yes ☐ No ☐ Almost Caused ☒ Non-Injury ☐ Injury ☐ Fatal
Crash Report Number: **2017-1125**
REMARKS: **No priors 513-867-5070**
ACCOMPANYING CRIMINAL CHARGE ☐ Yes ☒ No TOTAL # OFFENSES **1**

TO DEFENDANT: SUMMONS PERSONAL APPEARANCE REQUIRED ☐ Yes ☒ No
You are summoned and ordered to appear on **September 19**, 20**17** at **8** AM/PM,
in **Area 3** Court, at **9577 Beckett Rd W. Chester OH**
If you fail to appear at this time and place you may be arrested or your license may be cancelled.
This summons served personally on the defendant on **09/01**, 20**17**
The issuing/charging law enforcement officer states under the penalties of perjury and falsification that
he/she has read the above complaint and that it is true.

**P.O. Gieske**
Charging Law Enforcement Officer

**SEP 05 2017**

Issuing Law Enforcement Officer ☒ SAME AS ABOVE
Issuing Officer: Verify address. If different from license address, write present address in space provided. OSHP HP7
OHP0060 10-0060-00 (REVISION 0509) **mn2H** COURT RECORD [B6305]

| COURT CODE | UNIT | POST | DISTRICT |
|---|---|---|---|
| **0912** | **241** | | |

PRESENT ADDRESS **Same**

SIGNATURE **X** ___

CO. RES. **Butler**

PHONE **513-432-3084**

Exhibit 10

IN THE BUTLER COUNTY AREA II COURT

Case No. CRB 1800097  A

STATE OF OHIO
vs
Binks, Austin T
DOB:08/25/1999

Violation: DOMESTIC VIOL.
Section Number: 2919.25   M1

Attorney: _Jeff Milbauve_____ Retained _X_ Appointed ____ Waived

## JUDGMENT ENTRY AND SENTENCE OF THE COURT

DEFENDANT ENTERED A PLEA OF:
____ Guilty ____ No Contest ____ Not Guilty ____ NGRI
____ as Charged ____ Amended to: _____

THE COURT FINDS THE DEFENDANT:
____ Guilty ____ Not Guilty ____ NGRI ____ Waiver Guilty____
____ Lesser Charge of _____
____ Dismissed ____ With Prej. ____ W/Out Prej. ____ Merge Into _____
____ Case withdrawn by: ____ Prosecutor ____ Complainant _____
____ Bound Over to Grand Jury ____ Waive Preliminary Hearing
____ Preliminary Hearing Held

THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:
____ Jail ____ Days with ____ Days Suspended(Credit ____ Days)__ EMU ____ Days
____ Stay/Report to BCJ on _____ Concurrent/Consecutive to _____
____ Fine$ ____ with$ ____ Suspended ____ Costs ____ Costs Suspended
____ Stay to Pay to _____
____ I.T.P.

ON THE CONDITIONS OF
____ No Reappearance in Court ____ Stay Away from Victim _____
____ Stay Out of/off of _____
____ License Suspension ____ Years/Days ____ AIP ____ Immobilization ____ Days
____ Privileges Granted: _____ ____ Ignition Interlock
____ Credit Time Served for O/L Suspension ____ Family Plates
____ Proof of Insurance ____ Terminate ALS ____ Waive Fee
____ Order_____ Program Review ____ Restitution$_____
____ Community Service: ____ Hours ____ Donation: _____
____ ____ Confiscate/Destroy: _____
____ Probation: ____ Yrs. ____ Non Reporting Prob: ____ Yrs. _____
____ ____ Good Behavior: ____ Days/Yrs.
____ Other _____

TIME STAMP: _no contact w/ Karen Koehler and_
APR 04 2018
Filed _and Tony Collier_ So Ordered: _____ Date 4-4-18
_and his residence_ Judge

FURTHER ORDERS
TIME STAMP
_____
_____

So Ordered: _____ Date _____
Judge

IN THE BUTLER COUNTY AREA II COURT

Case No. CRB 1800097   B

STATE OF OHIO                           Violation: DOMESTIC VIOL.
      vs                                Section Number: 2919.25   M1
Binks, Austin T
DOB:08/25/1999

Attorney: _Jeff Milbauer_____ ____ Retained __X__ Appointed ____ Waived

JUDGMENT ENTRY AND SENTENCE OF THE COURT

DEFENDANT ENTERED A PLEA OF:-
_____ Guilty ___✓_ No Contest _____ Not Guilty _____ NGRI
_____ as Charged _____ Amended to: _____

THE COURT FINDS THE DEFENDANT:
_____ Guilty _____ Not Guilty _____ NGRI ____ Waiver Guilty
_____ Lesser Charge of_____
_____ Dismissed _____ With Prej. _____ W/Out Prej._____ Merge Into _____
_____ Case withdrawn by: ____ Prosecutor _____ Complainant
_____ Bound Over to Grand Jury ____ Waive Preliminary Hearing
_____ Preliminary Hearing Held

THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:
_____ Jail ____ Days with___ Days Suspended(Credit____ Days)__ EMU__ Days
_____ Stay/Report to BCJ on_____Concurrent/Consecutive to_____
_____ Fine$____ with$_____ Suspended _____ Costs ____ Costs Suspended
_____ Stay to Pay to _____
_____ I.T.P.

                          ON THE CONDITIONS OF
_____ No Reappearance in Court _____ Stay Away from Victim_____
_____ Stay Out of/off of _____
_____ License Suspension_____ Years/Days ____ AIP ____ Immobilization__ Days
_____ Priveleges Granted:_____ Ignition Interlock
_____ Credit Time Served for O/L Suspension ____ Family Plates
_____ Proof of Insurance ____ Terminate ALS ____ Waive Fee
                                              ____ Restitution$_____
_____ Order_____ Program Review_____
_____ Community Service:____ Hours ____ Donation:_____
                                   Confiscate/Destroy:_____
_____ Probation:____ Yrs.____ Non Reporting Prob:____ Yrs._____
                          Good Behavior:_____ Days/Yrs.
_____ Other_____

TIME STAMP:

                      So Ordered:_____ Date_____
                                   Judge

FURTHER ORDERS
TIME STAMP
                      _____
                      _____
                      _____

                      So Ordered:_____ Date_____
                                   Judge