IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| AUSTIN BINKS, | : | Case No. 1:20-cv-77 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| vs. | : | |
| | : | |
| KAREN L. COLLIER, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 31),
GRANTING MOTION TO DISMISS (Doc. 24), AND TERMINATING ACTION**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 31), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court **ADOPTS** the Report and Recommendations in its entirety. Accordingly, the Court **DENIES AS MOOT** Plaintiff's applications for default (Docs. 22, 23). Defendant's Motion to Dismiss (Doc. 24) is **GRANTED** and this case shall be **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND