# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| AUSTIN BINKS, | : | Case No. 1:20cv77 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| KAREN L. COLLIER, et al., | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X   Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**  That the Report and Recommendations is ADOPTED IN ITS ENTIRETY; that Plaintiff's applications for default (Docs. 22, 23) are DENIED AS MOOT; that Defendant's Motion to Dismiss (Doc. 24) is GRANTED; and that this case shall be TERMINATED on the Court's docket.

April 14, 2021.

Richard W. Nagel, Clerk of Court
By: */s/ Kellie A. Fields*
Deputy Clerk